ELLEN SHEWAN, Individually and as Executrix, etc., of JAMES SHEWAN, Deceased, Respondent, v. JAMES SHEWAN and Others, Appellants, Impleaded with Others,

App. Div.[       First Department, November, 1925.

Defendants.— Order granting examination of defendants before trial affirmed, with ten dollars costs and disbursements, and stay vacated. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur. Settle order on notice.